1  MICHAEL P. THORMAN, State Bar No. 63008
   BONJOUR, THORMAN, BARAY & BILLINGSLEY
2  24301 SOUTHLAND DR., SUITE 312
   HAYWARD, CA 94577
3  TEL. (510) 785-8400
   FAX (510) 670-0955
4
   Attorney for Defendant Dawn Lashea Magee
5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-70190-WDB |
| Plaintiff, | STIPULATION AND ORDER ALLOWING DEFENDANT TO TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA |
| v. | |
| DAWN LASHEA MAGEE, | |
| Defendant. | |

    It is hereby stipulated by and between Assistant United States Attorney, Garth Hire, and counsel for defendant, Michael P. Thorman, that the above-named defendant is allowed to travel to Los Angeles to attend her grandmother's funeral.

    Defendant was previously released in this matter subject to certain conditions, one of which restricted her travel to the boundaries of the Northern District of California.

    I, Michael Thorman, am informed and believe that defendant's grandmother, who lived in Los Angeles, died on May 24, 2006. The funeral is scheduled for June 2, 2006. Defendant requests the Court allow her to drive to Los Angeles on Thursday, June 1, to return after

1

1 memorial services on the evening of June 2. The defendant has provided me with a copy of her
2 itinerary, which is attached hereto.
3   I have talked to Paul Mamaril of Pre-trial Services, who is supervising defendant's release.
4 He has no objection to an order permitting this travel.

DATED: 5/31/06

GARTH HIRE
Assistant United States Attorney

DATED: 5/31/06

MICHAEL P. THORMAN
Attorney for Dawn Lashea Magee

**ORDER**

IT IS HEREBY ORDERED that the above-named defendant is permitted to travel to Los Angeles on June 1, 2006 to attend her grandmother's funeral, and to return to the Northern District of California on June 2, 2006.

DATED: June 1, 2006

IT IS SO ORDERED
Judge Wayne D. Brazil

United States Magistrate or District Court Judge

2